*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br><br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-mc-00200<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  February 25, 2021
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is   8452 Katella Ave, Stanton CA 90680
and against   FRANCES CALDWELL
whose last known address is   PO BX 2394, COSTA MESA CA 92628
for $ 310,643.07         Principal, $ 25,989.05         Interest, $ 0         Costs,
and $ 0.00         Attorney Fees.

ATTESTED this ___10___ day of __March__, 20_21_

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;   6016   (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

FRANCES CALDWELL
PO BX 2394
COSTA MESA CA 92628

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
CHRIS SAWYER

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER